IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| MARTIN HEAVNER, TRACY COLE, and, TRA COLE, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Dkt. No. 13-2413 JURY TRIAL DEMANDED |
| METRO MASONRY, INC., | ) ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME now the named Plaintiffs in this matter, by and through counsel of record, and notify this Honorable Court pursuant to Fed. R. Civ. P. 41(a)(1)(A) that the parties have stipulated to the dismissal of all of the claims asserted in this cause against the Defendant, with prejudice.

Respectfully Submitted,

WEINMAN AND ASSOCIATES

/s/ Michael L. Weinman
Michael L. Weinman (# 015074)
*Attorney for Plaintiffs*
112 S. Liberty, Suite 321
Jackson, TN 38301
(731) 423-5565
mike@weinamanandassoc.com

1

## **CERTIFICATE OF SERVICE**

      I, Michael L. Weinman, attorney for Plaintiffs, do hereby certify that a true and exact copy of the foregoing has been by electronic means via the Court's electronic filing system or by depositing the same in the U.S. Mail, first class postage prepaid, addressed to:

    Metro Masonry, Inc.
    c/o Andy Vanderwerf
    1695 Bartlett Road
    Memphis, Tennessee 38134
    *Defendant*

on this 1st day of July, 2014.

                                                 /s/ Michael L. Weinman
                                                  Michael L. Weinman