IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| MARTIN HEAVNER, TRACY COLE, and, TRA COLE, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Dkt. No.  13-2413  SHL-cgc JURY TRIAL DEMANDED |
| METRO MASONRY, INC., | ) ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

The parties to the action have filed a Stipulation of Dismissal with Prejudice, noting that they have resolved all issues in this action by way of compromise.

**IT IS THEREFORE, ORDERED** that this matter is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  All parties will be responsible for their own attorney's fees and court costs.

This the 2nd day of July, 2014.

s/ SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE